■ E.M., Respondent, v T.M., Appellant. [666 NYS2d 187] —Order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered November 29, 1996, which, insofar as appealed from, awarded plaintiff a money judgment against defendant of $100,350 for child support arrears due under the parties' separation agreement, unanimously affirmed, without costs.

Defendant's claim that he should be allowed a credit for amounts he has spent as a consequence of the parties' daughter's moving in with him is defeated by the separation agreement itself, which provides for child support payments to be made to plaintiff until February 22, 1997, regardless of the children's residence. The issue of whether defendant is entitled to a credit for 1995 spousal maintenance was decided against him in a prior order from which no appeal was taken, and which therefore constitutes law of the case. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO MARTINEZ, Also Known as JUAN RAMIREZ, Appellant. [665 NYS2d 889] —Judgment, Supreme Court, New York County (James Leff, J.), rendered May 18, 1995, convicting defendant, upon his pleas of guilty, of criminal sale of a controlled substance in the third degree and attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years and 3 to 6 years, respectively, unanimously affirmed.

Defendant's suppression hearing was properly denied. Under the circumstances, the arresting officer's testimony implicitly provided sufficient information as to the content of the radio transmission, as well as establishing that the arrest took place within minutes of, and at the location of, the narcotics transaction, so as to allow the hearing court to make an independent determination that the arrest was supported by probable cause. This case is unlike the situation presented where the People completely fail to establish the content of the description (*see, People v Rivera*, 187 AD2d 258). Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Tom, JJ.